IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00365-WDM-MEH

JOSEPH SALAS,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, LP,

    Defendant.

---

### NOTICE OF DISMISSAL

---

The court takes notice of Plaintiff's Notice of Dismissal with Prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on April 6, 2007.

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge

PDF FINAL